Erie County Med. Ctr. Corp. v Bystrak (2023 NY Slip Op 04844)

Erie County Med. Ctr. Corp. v Bystrak

2023 NY Slip Op 04844

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, OGDEN, AND DELCONTE, JJ.

604 CA 22-01303

[*1]ERIE COUNTY MEDICAL CENTER CORPORATION, PLAINTIFF-RESPONDENT,
v
CATHY J. BYSTRAK, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. 

PENBERTHY LAW GROUP LLP, BUFFALO (BRITTANYLEE PENBERTHY OF COUNSEL), FOR DEFENDANT-APPELLANT.
RUPP PFALZGRAF LLC, BUFFALO (JOHN A. BARGNESI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Lynn W. Keane, J.), entered August 11, 2022. The order, insofar as appealed from, denied the motion of defendant Cathy J. Bystrak for summary judgment dismissing the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court